SCWC-13-0003065

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KILAKILA ʻO HALEAKALĀ, Petitioner/Appellant-Appellant,

vs.

BOARD OF LAND AND NATURAL RESOURCES, DEPARTMENT OF LAND AND
NATURAL RESOURCES, SUZANNE CASE, in her official capacity as
Chairperson of the Board of Land and Natural Resources, and
UNIVERSITY OF HAWAIʻI, Respondents/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0003065; CIV. NO. 12-1-3070)

ORDER GRANTING IN PART AND
DENYING IN PART MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
with Pollack, J., dissenting, and Wilson, J., dissenting)

Upon consideration of Petitioner/Appellant-Appellant

Kilakila ʻO Haleakalā's motion for reconsideration filed on

October 17, 2016, the papers in support thereof, and the records

and files herein,

IT IS HEREBY ORDERED that the motion is granted in part

in accordance with the Order of Correction filed herewith; otherwise, the motion is denied.

DATED: Honolulu, Hawaiʻi, October 27, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna


DISSENT

For the reasons set forth in my dissenting opinion filed on October 6, 2016, I would grant the motion for reconsideration.

/s/ Richard W. Pollack


DISSENT

For the reasons set forth in my dissenting opinion and Parts IA and II of the dissenting opinion by Pollack, J., both filed on October 6, 2016, I would grant the motion for reconsideration.

/s/ Michael D. Wilson